Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| In re:  JEREMY ROBERT GORDON  Debtor. | Case No. 22-20329  Chapter 13  Hon. Kevin R. Anderson  *Hearing  August 22, 2022 at 2:30 p.m.* |
|---|---|

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO ABATE**

LON A. JENKINS, Chapter 13 Trustee, hereby responds to Debtor's Motion to Abate Payments.  Confirmation of the Chapter 13 Plan has been continued to September 6, 2022.

| Delinquency As Of The Date Of This Response | (4.0 payments)  $800.00 |
|---|---|
| Abatement Requested By Debtor(s) | $600.00 |
| Secured Creditor(s) Impacted By Abatement | None – no objection filed to requested abatement. |
| Trustee Comments | No objection to the abatement of $600.00.  The Debtor's July 25, 2022 plan payment is now due. |

|  | The Debtor's abatement request is not sufficient to resolve the outstanding delinquency. |
|---|---|
|  | The Trustee requests that the Debtor cure the July 25, 2022 plan payment in the amount of $200.00 by August 22, 2022 or the case be dismissed. The Trustee notes this cure does not include the August 25, 2022 payment. |
|  | Trustee requests that the Debtor substantiate their ability to make the continued plan payments by filing amended Schedules I & J and providing the Trustee with current payment advices. |
|  | The Trustee requests language in the order stating that the pre-confirmation abated amount shall be included in the plan base calculation. |

DATED: July 26, 2022.

        MaryAnn Bride  /s/
        MARYANN BRIDE
        Attorney for Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing paper was served by ECF (as indicated below) or addressed to the following parties and deposited in the U.S. Mail, first-class postage prepaid, on July 26, 2022.

        JUSTIN O. BURTON
        ECF Notification


        Jaci Coyle  /s/
        Office of the Chapter 13 Trustee

**EXHIBIT "A"**
**Trustee's Accounting of Receipts as of July 26, 2022**
**for Case No. 22-20329, JEREMY ROBERT GORDON**

| Date | Payment Description | Amount |
|---|---|---|
| 03/09/2022 | TFS - Nationwide TFS Receipt | $200.00 |

Total Receipts: $200.00